IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL BANK, N.A.,<br>COMPASS BANK,<br>ECHOSTAR COMMUNICATIONS CORP.,<br>ECHOSTAR SATELLITE L.L.C.,<br>MORGAN STANLEY & CO.,<br>INCORPORATED, and<br>MORGAN STANLEY CREDIT<br>CORPORATION.<br>Defendants. | Civil Action No. 6:07-cv-260-LED |

**ORDER OF DISMISSAL OF DEFENDANTS MORGAN STANLEY & CO, INCORPORATED AND MORGAN STANLEY CREDIT CORPORATION**

**WHEREAS**: (1) on June 8, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz") filed a Complaint with this Court commencing this Action against Defendants Morgan Stanley & Co., Incorporated and Morgan Stanley Credit Corporation, (collectively, "Morgan Stanley"); (2) an order was filed on June 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* conditionally transferring this Action and other actions to the United States District Court for the Central District of California, but the transfer process is not yet finalized; (3) Katz and Morgan Stanley have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; (4) Katz and Morgan Stanley have filed a Stipulation of Dismissal (the "Stipulation") with the Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action;

and (5) after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that all claims asserted by Katz against Morgan Stanley are dismissed with prejudice;

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action; and,

3. **ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

**So ORDERED and SIGNED this 8th day of August, 2007.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**